```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 10620
    WALTER LEE TURNER
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

             Debtor
    SSN XXX-XX-9561


----------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
    The case was filed on 06/14/2007 and was not confirmed.

    The case was dismissed without confirmation 08/27/2007.
----------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
----------------------------------------------------------------------
BANK OF NEW YORK         CURRENT MORTG        .00           .00           .00
BANK OF NEW YORK         MORTGAGE ARRE        .00           .00           .00
HOMEQ SERVICING CORP     CURRENT MORTG        .00           .00           .00
HOMEQ SERVICING CORP     MORTGAGE ARRE    6000.00           .00           .00
HOMEQ SERVING CORPORATIO NOTICE ONLY     NOT FILED          .00           .00
SELECT PORTFOLIO SERVICI CURRENT MORTG        .00           .00           .00
SELECT PORTFOLIO SERVICI MORTGAGE ARRE    4353.00           .00           .00
*HOMECOMINGS FINANCIAL   CURRENT MORTG        .00           .00           .00
*HOMECOMINGS FINANCIAL   MORTGAGE ARRE    3000.00           .00           .00
CITY OF HARVEY DEPT OF W UNSECURED       NOT FILED          .00           .00
*WASHINGTON MUTUAL BANK  UNSECURED       NOT FILED          .00           .00
NICOR GAS                UNSECURED       NOT FILED          .00           .00
ROUNDUP FUNDING LLC      UNSECURED       11458.67          .00           .00
ASSET ACCEPTANCE LLC     UNSECURED         113.58          .00           .00
SELECT PORTFOLIO SERVICI NOTICE ONLY     NOT FILED          .00           .00
GMAC MORTGAGE CORPORATIO CURRENT MORTG        .00           .00           .00
GMAC MORTGAGE CORPORATIO SECURED NOT I       .00           .00           .00
ER SOLUTIONS INC         UNSECURED        2885.56          .00           .00
PRO SE DEBTOR            DEBTOR ATTY          .00                         .00
TOM VAUGHN               TRUSTEE                                          .00
DEBTOR REFUND            REFUND                                           .00


        Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                                 .00
DEBTOR REFUND                                        .00
                        ---------------      ---------------

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 10620 WALTER LEE TURNER
```

```
TOTALS                                       .00                    .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 12/03/07               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```